UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
LOUNDIA ANN BYRD,

        Plaintiff,                                         **JUDGMENT**
                                                                                               15-CV-403 (RRM)

        -against-

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.
-------------------------------------------------------------x

        A Memorandum and Order of the undersigned having been issued this day granting defendant's cross-motion for judgment on the pleadings, dismissing all claims brought by plaintiff against defendant, and dismissing this action, it is hereby

        ORDERED ADJUDGED AND DECREED that plaintiff take nothing of defendant; and that all claims brought by plaintiff as against defendant are dismissed, and that this action is dismissed.


Dated:  Brooklyn, New York                              *Roslynn R. Mauskopf*
        September 28, 2016                           _____
                                                                     ROSLYNN R. MAUSKOPF
                                                                     United States District Judge